AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
FEB 2 4 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

Christopher Tate -01

*Defendant*

Case No. 1:20-mj-174

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Christopher Tate -01,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)

Date: 02/24/2020

*Issuing officer's signature*

City and state:    Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/24/2020, and the person was arrested on *(date)* 02/21/2020
at *(city and state)* Indianapolis, IN.

Date: 02/24/20

*Arresting officer's signature*

SA Matt Holbrook
*Printed name and title*